IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD V. PORRECA,

    Plaintiff,

        v.

ALTERNATIVE ENERGY HOLDINGS, LLC, KEVIN T. CARNEY, ROBERT IREY, JONATHAN FREEZE, DODARO, MATTA & CAMBEST, P.C., DMC BRADLEY, MICHAEL J. HAMMOND, and STEVEN M. TOPRANI,

    Defendants.

19cv0854
LEAD CASE

---

RYAN S. SEIFERT,

    Plaintiff,

        v.

ALTERNATIVE ENERGY HOLDINGS, LLC, KEVIN T. CARNEY, THE IREY GROUP, LLC, ROBERT IREY, JONATHAN FREEZE, DODARO, MATTA & CAMBEST, P.C.

    Defendants.

19cv1078
MEMBER CASE

---

MICHAEL K. GELLER,

    Plaintiff,

        v.

ALTERNATIVE ENERGY HOLDINGS, LLC, KEVIN CARNEY, ROBERT IREY, JONATHAN FREEZE, AND DODARO, MATTA & CAMBEST, P.C.
    Defendants.

19cv1083
MEMBER CASE

RONALD C. SCHMEISER,

      Plaintiff,               19cv1085
                                        MEMBER CASE

      v.

ALTERNATIVE ENERGY HOLDINGS, LLC, KEVEN T. CARNEY, ROBERT IREV, JONATHAN FREEZE, DODARO MATTA & CAMBEST, MICHAEL HAMMOND, AND STEVEN M. TOPRANI

      Defendants.

## ORDER OF COURT

IT IS HEREBY ORDERED that the Motion for Consolidation is GRANTED and parties shall proceed as follows:

1. Civil Action No. 19-1078, Civil Action No. 19-1083, and Civil Action No. 19-1085 are hereby consolidated with Civil Action No. 19-854, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-854.

3. The Clerk of Court shall close Civil Action No. 19-1078, Civil Action No. 19-1083, and Civil Action No. 19-1085.

                                          **SO ORDERED** this 17th day of September, 2019.

                                          s/Arthur J. Schwab
                                          Arthur J. Schwab
                                          United States District Judge