UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD V. PORRECA | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.: 19cv0854** |
| | ) | LEAD CASE |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RYAN S. SEIFERT, | ) | |
| | ) | |
| Plaintiff, | ) | MEMBER CASE |
| | ) | |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; THE IREY GROUP, LLC; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, PC; and STEVEN M. TOPRANI. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL K. GELLER | ) | |
| | ) | |
| | ) | MEMBER CASE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; | ) | |

| | |
|---|---|
| KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI,<br><br>        Defendants. | ) ) ) ) ) ) ) |

_____

| | | |
|---|---|---|
| RONALD C. SCHMEISER,<br><br>        Plaintiff,<br><br>    v.<br><br>ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMBER CASE |

_____

## PROOF OF SERVICE

1.    On November 7, 2019, this Court issued an Order granting Plaintiffs' Motion for Alternative Service on Defendant Jonathan Freeze in the above actions.

2.    Pursuant to the Order, the initial and amended Summons and Complaint for each of the above matters shall be served on Defendant Freeze by publication pursuant to Pennsylvania Rule of Civil Procedure 430(b)(1) and by email at jfreeze@hotmail.com and jonfreeze1@aol.com.

3.    On November 11, 2019, the Order and the initial Summons and Complaint in each of the above matters were sent by email to Defendant Freeze at the above email addresses (Exhibit

A). A message from PPE Hosted Dispatch mail system indicates that the jonfreeze1@aol.com mailbox is disabled (Exhibit B).

4. No message or other notice was received indicating that the jfreeze@hotmail.com addresses was disabled.

5. On November 21, 2019, Notice was published in the Pittsburgh Post-Gazette for each of the above matters (Exhibit C).

6. On November 22, 2019, Notice was published in the Pittsburgh Legal Journal (Exhibit D).

                                                                Respectfully Submitted,

                                                                /s/ Scott A. Lane

Scott A. Lane, Esq.
PA ID No. 51124
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127
412-780-5240
scott@scottlanelaw.com