**From:** Scott Lane
**Sent:** Monday, November 11, 2019 9:54 AM
**To:** jfreeze@hotmail.com; jonfreeze1@aol.com
**Subject:** Porreca v. Alternative Energy Holdings, LLC et al.

Mr. Freeze:

Attached please find the following:

1. 11/7/19 Order granting motion to serve summons and complaints on you by alternative means.
2. Summons in a Civil Action (Donald V. Porreca v. AEH, et al.)
3. Complaint
4. Exhibit 1
5. Exhibit 2

The other three complaints will follow in separate emails.



www.scottlanelaw.com
412-780-5240



EXHIBIT A

**From:** Scott Lane
**Sent:** Monday, November 11, 2019 10:04 AM
**To:** jfreeze@hotmail.com
**Subject:** Geller v. Alternative Energy Holdings, et al

Mr. Freeze:

Attached please find the following:

1. Summons to you in Geller v. AEH, et al.
2. Complaint
3. Exhibit 1



www.scottlanelaw.com
412-780-5240

**From:** Scott Lane
**Sent:** Monday, November 11, 2019 10:10 AM
**To:** jfreeze@hotmail.com
**Subject:** Ronald Schmeiser v. Alternative Energy Holdings, et al

Mr. Freeze:

Attached please find:

1. Summons to you in the above matter;
2. Complaint;
3. Exhibit 1



www.scottlanelaw.com
412-780-5240

**From:** Scott Lane
**Sent:** Monday, November 11, 2019 10:15 AM
**To:** jfreeze@hotmail.com
**Subject:** Ryan S. Seifert v. Alternative Energy Holdings, et al

Mr. Freeze:

Attached are the following:

1. Summons to you in the above action;
2. Complaint;
3. Exhibit 1;
4. Exhibit 2.



THE LAW OFFICE OF SCOTT LANE

www.scottlanelaw.com
412-780-5240