**From:** Mail Delivery System
**Sent:** Monday, November 11, 2019 9:56 AM
**To:** jonfreeze1@aol.com
**Subject:** Undeliverable: Porreca v. Alternative Energy Holdings, LLC et al.

This is the PPE Hosted Dispatch mail system.

PPE Hosted tried to deliver your email message,
but was unable to do so for reasons outside our control.

We recommend contacting the person or service responsible for
looking after the recipient domain's email server directly.

The last error message we have available from the recipient's
server is included right below, along with an extract of your
email:

<jonfreeze1@aol.com>: host mx-aol.mail.gm0.yahoodns.net[67.195.204.80] said:
    554 delivery error: dd Sorry, your message to jonfreeze1@aol.com cannot be
    delivered. This mailbox is disabled (554.30). -
    mta4014.aol.mail.bf1.yahoo.com (in reply to end of DATA command)



EXHIBIT B