## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

21 of November, 2019

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*PG Publishing Company*

Sworn to and subscribed before me this day of: November 21, 2019

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:19-cv-0854
RYAN S. SEIFERT
v.
ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; THE IREY GROUP, LLC; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; and STEVEN M. TOPRANI
NOTICE OF SUMMONS AND COMPLAINT
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiff's attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq.
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### STATEMENT OF ADVERTISING COSTS

Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar   Pennsylvania 15127

**EXHIBIT C**

To PG Publishing Company

Total ---------------------------------------- $279.50

### Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation
By _____ Samuel J. Arbutina

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____ Attorney For

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**21 of November, 2019**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____/s/ Flaherty_____
PG Publishing Company

Sworn to and subscribed before me this day of:
November 21, 2019

_____/s/ Elizabeth R. Chmura_____

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

### STATEMENT OF ADVERTISING COSTS

Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar   Pennsylvania 15127

To PG Publishing Company

Total -------------------------------------------- $286.00

### Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____/s/ Samuel J. Arbutine_____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:19-cv-0854
RONALD C. SCHMEISER
V.
ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI
NOTICE OF SUMMONS AND COMPLAINT
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiffs attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq.
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

No. _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**21 of November, 2019**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PG Publishing Company

Sworn to and subscribed before me this day of:
November 21, 2019

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**

```
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar    Pennsylvania 15127
```

To PG Publishing Company

Total -------------------------------------------- $286.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____ Samuel J. Arbutina

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:19-cv-0854
DONALD V. PORRECA
v.
ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI
NOTICE OF SUMMONS AND COMPLAINT
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiffs attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq.
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

No. _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**21 of November, 2019**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*[Signature]* Flaherty
PG Publishing Company

Sworn to and subscribed before me this day of:
November 21, 2019

*[Signature]* Elizabeth R Chmura

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:19-cv-0854
MICHAEL K. GELLER
v.
ALTERNATIVE ENERGY HOLDINGS, LLC; KEVIN T. CARNEY; ROBERT IREY; JONATHAN FREEZE; DODARO, MATTA & CAMBEST, P.C.; DMC BRADLEY; MICHAEL J. HAMMOND; and STEVEN M. TOPRANI
NOTICE OF SUMMONS AND COMPLAINT
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiffs attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq.
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### STATEMENT OF ADVERTISING COSTS

Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar   Pennsylvania 15127

To PG Publishing Company

Total ------------------------------------ $286.00

### Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By *[Signature]* Samuel J. Arbutina

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For