Notice.

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania  } SS:
County of Allegheny,  }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Nov 22, 2019

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 22nd day of November, 2019

_____
Notary Public

Scott A. Lane
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates. . $191.40
Proof Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $191.40

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-06335
**PAID**

---

Notice

United States District Court
for the Western District of Pennsylvania
Civil Action No. 2:19-cv-0854
Donald V. Porreca
v.
Alternative Energy Holdings, LLC; Kevin T. Carney; Robert Irey; Jonathan Freeze; Dodaro, Matta & Cambest, P.C.; DMC Bradley; Michael J. Hammond; and Steven M. Toprani

Notice of Summons and Complaint
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiff's attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq., Law Office of Scott Lane, LLC, P.O. Box 368, Ingomar, PA 15127
19-06335 Nov 22, 2019

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries


EXHIBIT D

Notice.

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania } SS:
County of Allegheny, }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Nov 22, 2019

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 22nd day of November, 2019

_____
Notary Public

Scott A. Lane
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### Notice

United States District Court
for the Western District of Pennsylvania
Civil Action No. 2:19-cv-0854

Michael K. Geller
v.
Alternative Energy Holdings, LLC; Kevin T. Carney; Robert Irey; Jonathan Freeze; Dodaro, Matta & Cambest, P.C.; DMC Bradley; Michael J. Hammond; and Steven M. Toprani

Notice of Summons and Complaint
To: Jonathan Freeze

A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiff's attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.

Scott A. Lane, Esq., Law Office of Scott Lane, LLC, P.O. Box 368, Ingomar, PA 15127.

19-06336 Nov 22, 2019

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $191.40
Proof Fees .................................................. $0.00
Total ....................................................... $191.40

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-06336
**PAID**

Notice.

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania } SS:
County of Allegheny,          }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Nov 22, 2019

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 22nd day of November, 2019

_____
Notary Public

Scott A. Lane
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $191.40
Proof Fees ............................................................. $0.00
Total ................................................................. $191.40

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-06337
**PAID**

---

Notice

United States District Court
for the Western District of Pennsylvania
Civil Action No. 2:19-cv-0854
Ryan S. Seifert
v.
Alternative Energy Holdings, LLC; Kevin T. Carney; The Irey Group, LLC; Robert Irey; Jonathan Freeze; Dodaro, Matta & Cambest, P.C.; and Steven M. Toprani
Notice of Summons and Complaint
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiff's attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq., Law Office of Scott Lane, LLC, P.O. Box 368, Ingomar, PA 15127.
19-06337 Nov 22, 2019

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

Notice.

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania } SS:
County of Allegheny, }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Nov 22, 2019**

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_signature_
Signature of Affiant

Subscribed and sworn to before me this 22nd day of November, 2019

_signature_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

Scott A. Lane
Law Office of Scott Lane, LLC
P.O. Box 368
Ingomar, PA 15127

### Notice

United States District Court
for the Western District of Pennsylvania
Civil Action No. 2:19-cv-0854
Ronald C. Schmeiser
v.
Alternative Energy Holdings, LLC; Kevin T. Carney; Robert Irey; Jonathan Freeze; Dodaro, Matta & Cambest, P.C.; DMC Bradley; Michael J. Hammond; and Steven M. Toprani
Notice of Summons and Complaint
To: Jonathan Freeze
A lawsuit has been filed against you. Within 21 days after publication of this notice, you must serve on the Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer and motion must be served on the Plaintiff's attorneys whose names and addresses are below. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.
Scott A. Lane, Esq., Law Office of Scott Lane, LLC, P.O. Box 368, Ingomar, PA 15127.
19-06338 Nov 22, 2019

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $191.40
Proof Fees ............................................................. $0.00
Total ................................................................. $191.40

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-06338
**PAID**