# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD V. PORRECA ) | |
| ) | |
| Plaintiff ) | |
| ) | **CIVIL ACTION NO.: 19cv0854** |
| v. ) | LEAD CASE |
| ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; ) | |
| KEVIN T. CARNEY; ROBERT IREY; ) | |
| JONATHAN FREEZE; DODARO, ) | |
| MATTA & CAMBEST, P.C.; DMC BRADLEY; ) | |
| MICHAEL J. HAMMOND; and ) | |
| STEVEN M. TOPRANI. ) | |
| ) | |
| Defendants. ) | |
| RYAN S. SEIFERT, ) | |
| ) | |
| Plaintiff, ) | MEMBER CASE |
| ) | |
| v. ) | |
| ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; ) | |
| KEVIN T. CARNEY; THE IREY GROUP, LLC; ) | |
| ROBERT IREY; JONATHAN FREEZE; ) | |
| DODARO, MATTA & CAMBEST, PC; and ) | |
| STEVEN M. TOPRANI. ) | |
| ) | |
| Defendants. ) | |
| MICHAEL K. GELLER ) | |
| ) | MEMBER CASE |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; ) | |
| KEVIN T. CARNEY; ROBERT IREY; ) | |
| JONATHAN FREEZE; DODARO, ) | |
| MATTA & CAMBEST, P.C.; DMC BRADLEY; ) | |
| MICHAEL J. HAMMOND; and ) | |
| STEVEN M. TOPRANI, ) | |
| Defendants. | |

---

| | | |
|---|---|---|
| RONALD C. SCHMEISER, | ) | |
| | ) | MEMBER CASE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; | ) | |
| KEVIN T. CARNEY; ROBERT IREY; | ) | |
| JONATHAN FREEZE; DODARO, | ) | |
| MATTA & CAMBEST, P.C.; DMC BRADLEY; | ) | |
| MICHAEL J. HAMMOND; and | ) | |
| STEVEN M. TOPRANI, | ) | |
| | ) | |
| Defendants. | | |

---

| | | |
|---|---|---|
| DARREN BURROW, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | MEMBER CASE |
| | ) | |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; | ) | |
| KEVIN T. CARNEY; JONATHAN FREEZE; | ) | |
| DODARO, MATTA & CAMBEST, P.C.; | ) | |
| DMC BRADLEY; MICHAEL J. HAMMOND; | ) | |
| and STEVEN M. TOPRANI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| JACK LEVIN | ) | |
| | ) | |
| Plaintiff, | ) | MEMBER CASE |
| | ) | |
| v. | ) | |
| | ) | |
| ALTERNATIVE ENERGY HOLDINGS, LLC; | ) | |
| KEVIN T. CARNEY; ROBERT IREY; | ) | |
| JONATHAN FREEZE; DODARO, MATTA | ) | |
| & CAMBEST, P.C.; DMC BRADLEY; | ) | |
| MICHAEL J. HAMMOND; | ) | |
| and STEVEN M. TOPRANI, | ) | |

|  | ) |
| :--- | :--- |
| Defendants. | ) |
|  | ) |

## CLERK'S ENTRY OF DEFAULT

AND NOW, THIS 20th DAY OF May, 2020, pursuant to request to enter default and affidavit filed, default is hereby entered against Defendant The Irey Group in the Ryan S. Seifert action for failure to plead or otherwise defend.

CLERK OF COURT

*Joshua C. Lewis*     202005 sdp
Signature of Clerk or Deputy Clerk