# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD V. PORRECA, et al.,                )
                                          )
   Plaintiffs/Consolidated Plaintiffs,    )
                                          )     **CIVIL ACTION NO.: 19cv0854**
   v.                                     )     (Consolidated Cases)
                                          )
ALTERNATIVE ENERGY HOLDINGS, LLC;          )
KEVIN T. CARNEY; ROBERT IREY;              )
JONATHAN FREEZE; DODARO,                    )
MATTA & CAMBEST, P.C.; DMC BRADLEY;        )
MICHAEL J. HAMMOND; and                     )
STEVEN M. TOPRANI.                          )
                                          )
   Defendants.                            )

## ORDER

AND NOW, this 27th day of  March , 2023, upon consideration of Plaintiffs' Motion to Stay Proceedings, IT IS HEREBY ORDERED,  ADJUDGED, and DECREED that, all proceedings in this matter against Defendants Alternative Energy Holdings, LLC, Kevin Carney ("Carney"), Robert Irey ("Irey"), and Jonathan Freeze ("Freeze") are stayed and this case is administratively closed until the criminal proceedings as against Defendants Carney, Irey, and Freeze are resolved.

IT IS FURTHER ORDERED that Plaintiffs are directed to notify the Court within 14 days of the conclusion of the criminal proceedings.

     /s/ W. Scott Hardy
     HONORABLE W. SCOTT HARDY
     UNITED STATES DISTRICT JUDGE